UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELANIE CUVREAU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>　　　　Defendant. | Case No.　14-cv-03363-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiff's "Notice of Settlement," filed November 4, 2014. ECF 13. Plaintiff requests that the Court vacate all dates pending finalization of a settlement within the next 60 days. *Id.* The Court accordingly finds good cause to continue the Initial Case Management Conference presently scheduled for December 18, 2014.

The Initial Case Management Conference is HEREBY CONTINUED to **January 22, 2015** at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose. On or before January 15, 2015, Plaintiff shall file either a Case Management Statement or a Notice of Voluntary Dismissal.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_____
BETH LABSON FREEMAN
United States District Judge