Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400
Fax: (866) 861-1390
MELANIE CUVREAU

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN JOSE DIVISION**

| | |
|---|---|
| MELANIE CUVREAU, | **Case No.: 5:14-cv-3363** |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| AMERICAN EXPRESS COMPANY., | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MELANIE CUVREAU, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 4, 2014                                         KROHN & MOSS, LTD.

                                                                 By: /s/ Ryan Lee, Esq.
                                                                 Ryan Lee, Esq.
                                                                 Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.

Ryan Lee, Esq